Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01262-CV

____________

 

GEORGE
R. NEELY, Appellant

 

V.

 

SOLIDSAIRE,
INC., ROBERT DECKARD, Individually and as President of SOLIDSAIRE, INC., and
PATRICIA DECKARD, Individually and as Secretary of SOLIDSAIRE, INC.,
Appellees

 



 

On Appeal from the 55th District Court

Harris
County, Texas

Trial Court Cause No. 01-34708

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed November 15, 2002.

On January 15, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed January 30, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.